# EXHIBIT 1

# (Letter: Rose Roby to NCSBE Investigator Matthew Martucci – June 29, 2022)



June 29, 2022

Matthew Martucci
Investigator
North Carolina State Board of Elections
430 North Salisbury Street
6400 Mail Service Center

Sent via email to: Matthew.Martucci@ncsbe.gov

Dear Mr. Martucci,

Per our discussion on June 27th, since last Thursday at least 20 voters who signed North Carolina Green Party ("NCGP") petitions have reported that they received calls, text messages and in-person visits to their homes by people aggressively attempting to compel them to remove their signature from our petitions. These people are contacting anyone who signed the NCGP petitions – this includes presumptive Green Party nominee for Senate, Matthew Hoh, and NCGP Co-Chair, Tony Ndege (Mr. Ndege recorded this call that has the caller identifying himself as being with the Green Party three times; the call is abruptly cut off after Mr. Ndege tries to inquire as to why the Green Party would be calling to ask him to remove his signature from their petition for ballot access.)

Disturbingly, Mr. Ndege is not the only person who has reported that the callers are identifying themselves as being representatives of the Green Party. Janet Nagel sent me an email detailing the call she received; she reported that the caller said she was calling "for the Green Party" and asked Ms. Nagel if she had signed the petition. When Ms. Nagel confirmed that she had signed, the caller said that the Green Party would split the Democratic Party's vote and hand victory to the Republicans, and would she remove her name from the petition. Ms. Nagel declined. The caller once again asked if Ms. Nagel would remove her signature. Ms. Nagel asked that this caller tell her who she was representing, and the caller once again said "I'm calling for the Green Party."

We have also had accounts of NCGP petition signers being told that they should remove their signatures because the Green Party is already on the ballot in NC. This is of course untrue.

On Tuesday, June 28th, we started receiving accounts of people showing up at petition signers' doors to attempt to get them to remove their name from the NCGP petitions. We have been given one detailed first-hand account of this happening by Connor Harney, who had already declined to remove his name in response to multiple text messages pressuring him to do so. Mr. Harney said that the person who came to his door introduced herself as being with the Board of Elections.

The calls and texts are coming from a handful of phone numbers that aren't reachable when re-dialed; when people have attempted to call them back they are given a message that the number is

disconnected. Several people have reported calls from the following numbers, 980-550-5118 and 919-987-7690. On Sunday, June 26th, Andrietta Mohammad received calls from 919-987-7690 four times over the course of just over 2 ½ hours (12:22 p.m., 1:09 p.m., 2:10 p.m., and 3 p.m.)

During the grassroots petition drive to gain ballot access for the NCGP, neither the party nor the campaign used a single one of the nearly 22,500 signatures collected to add to a database of supporters that could be contacted. It would not have been legal or ethical to do so. But because the petitions were public records, our understanding is that they were accessed by the Elias Group, a DC law firm and then given to the Democratic Senatorial Campaign Committee to engage in this unethical campaign to spam NCGP petition signers with calls, texts, and even visits to their homes in an attempt to use scare tactics, fraudulent representation of who they are acting on behalf of, and straight lies to compel them to remove their signatures from the petition to put the NCGP on the ballot.

This is not only disturbing in its attempt to undo the incredible grassroots petitioning that resulted in far exceeding the number of verified signatures required to place the NCGP on the ballot for the first time in its history; this also has far-reaching implications for minor party ballot access and petition drives across the United States. If registered voters can't sign their names to advance things that are meaningful to them without being subjected to harassment and fraud, this can have a chilling impact on grassroots democracy everywhere.

I'm including the names and contact information of the voters who have been subjected to these calls and texts who have given permission to be interviewed in this matter. I'm also providing relevant evidence and more can be furnished upon request.

Per our discussion, please forward this to your legal department and I would like them to acknowledge receipt.

I thank you for taking this matter seriously and for your commitment to a fair democratic process in North Carolina.

Sincerely,
Rose Roby
Campaign Manager
Matthew Hoh for U.S. Senate
727-623-3785
rose@matthewhohforsenate.org

People who have been contacted by texts/calls/visits to their homes by the DSCC who have given permission to be contacted by the SBOE in this matter:

Arron Mohammad, 603-505-1688
Andrietta Mohammad, 209-543-4706
Val Gould, 215-284-9418
Janet Nagel, 2nagels@gmail.com, 336-686-0832
Connor Harney, harneycb@gmail.com
Stacye Leanza, sleanza.art@gmail.com
Maple Osterbrink, 520-678-4122, maplemaryann@gmail.com
Tony Ndege, 336-577-1421, nc4jillstein@gmail.com
Michael Trudeau, 314-337-2154, mdtrudeau@gmail.com
Matthew Hoh, 703-999-8075, matthew_hoh@riseup.net
K. Ryan Parker, kennethryanparker@gmail.com
Drew Hicks, drew.g.hicks@gmail.com

Additional attachments (included in the body of the email):

Audio of Tony Ndege on phone with DSCC in which the caller falsely identifies himself as a "volunteer with the Green Party"

Screenshot of Andrietta Mohammad receiving 4 calls from a number associated with the DSCC's phone campaign over the course of just under 2 hours

Video of K. Ryan Parker receiving an at home visit urging him to remove his signature from the NCGP petition for ballot access.

Email from Connor Harney showing proof that he replied No to a text urging him to remove his name from the petition and was then visited in person by someone urging him to remove his name who identified herself as being with the Board of Elections.

Email from Janet Nagel detailing her conversation with a caller urging her to remove her name from the petition in which the caller identifies herself as calling "for the Green Party"