# Exhibit A

# Executive Director Report

## State Board Meeting • July 14, 2022



Case 5:22-cv-00276-D-BM   Document 15-1   Filed 07/17/22   Page 2 of 16

001

# Update on Green Party Petition for Recognition



NORTH CAROLINA
STATE BOARD OF ELECTIONS

Case 5:22-cv-00276-D-BM   Document 15-1   Filed 07/17/22   Page 3 of 16

# Status of Petition

- At its meeting on June 30, the State Board did not recognize the Green Party as new political party.

- Staff have continued investigation and review of sufficiency of petitions submitted.

# Current Count of Credited Signatures

- 13,865 required (with 200 signatures in 3 congressional districts)

- 22,530 submitted
- 15,876 validated by county boards and under review by NCSBE (sheets with prior chair's name have been subtracted)

Validated signatures over minimum requirement: <u>2,011</u>

# Why compare petition signatures?

- Required by law:
  - County board chair must "examine and verify the signatures" and attach a certificate to the petition "[s]tating that the signatures on the petition have been checked against the registration records." G.S. 163-96.

- This is how we authenticate the voter's identity

Case 5:22-cv-00276-D-BM   Document 15-1   Filed 07/17/22   Page 6 of 16

# Comparison of Signatures

- Staff learned that not all county boards compared the petition signatures with the signatures on file for the voter in the State Board's petition software.
- On July 12, county boards were reminded that the signatures must bear a reasonable resemblance to each other, recognizing that they are not handwriting experts.
    - If they did not do so previously, county boards must complete the signature comparisons by <u>July 29.</u>
    - County boards that already compared the signatures need take no further action.

NORTH CAROLINA STATE BOARD OF ELECTIONS

006

# Fraudulent Signatures

- Numerous fraudulent signatures indicate organized effort to falsify petition signatures. For example:
  - 38 individuals contacted one county board of elections and stated they did not sign the petition
  - State Board investigators also contacted a sample of voters on signature pages identified with a signature gatherer under suspicion, and of those who responded:
    - 28 stated they did not sign
    - 15 were not sure/did not remember
    - 8 stated they did sign
    - 4 stated they thought they were signing something else
  - 3 individuals submitted affidavits stating they did not sign; State Board investigators confirmed

# Investigation

Two consultants hired by Green Party:

- Consultant from Michigan
- 109 signatures believed to be submitted to one county board
  - Collectors paid $3.00 per billable signature
  - Contract terminated and $5,000 refunded

- Consultant from Arkansas
  - Green Party paid $5,000
  - Hired at least three individuals to collect signatures
  - Around 1,271 signatures collected. Signatures collected by same individuals hired by the Green Party that have been linked to fraudulent signatures.

# Investigation

- Candidate paid the same three individuals to collect signatures that worked for the Arkansas consultant.
  - Paid $3.50 to $4.00 per signature
  - 1,382 signatures collected between May 11 and May 17, 2022
    - Of these, 1,113 signatures collected by 2 collectors known to have submitted numerous fraudulent signatures

NORTH CAROLINA STATE BOARD OF ELECTIONS

009

# Investigation

- Arkansas consultant refused to comply with the State Board's subpoena or speak with investigators. Details of arrangement still unknown.

- Investigators unsuccessful in attempts to contact 2 collectors who submitted known fraudulent signatures, as well as another collector who was working with them. Some sheets are identifiable to the two individuals and may contain thousands of fraudulent signatures. We do not know if all of their collected sheets identify them as being the collector.

- Investigation continues and further attempts will be made to contact individuals identified as having collected the signatures.

# Request for Certification of Voting System


NORTH CAROLINA
STATE BOARD OF ELECTIONS

Case 5:22-cv-00276-D-BM   Document 15-1   Filed 07/17/22   Page 12 of 16

# Request for Voting System Certification

- ES&S made a request for approval of EVS 6.2.0.0 on February 21, 2022 and submitted documentation as required for the state certification program.

- No apparent omissions or outstanding documentation; new system including hardware, firmware, and software

- Next steps:
  - Notice to vendor
  - Functional demonstration to NCSBE staff
  - Procedural and technical evaluation (Level 1)
  - Simulated Election Event (Level 2)
  - Public Demonstration & Comment Period
  - Final Recommendation

NORTH CAROLINA STATE BOARD OF ELECTIONS

# Award Recognition



Case 5:22-cv-00276-D-BM   Document 15-1   Filed 07/17/22   Page 14 of 16

# Defender of Democracy

- Center for Election Innovation & Research honoring those who protect American Democracy

- 1 of 9 States/Counties Recognized

- Others awarded:
  - Volunteer lawyers of the Election Official Legal Defense Network
  - Chris Krebs & Matt Masterson
  - Linda So & Jason Szep
  - Judge Thomas B. Griffith (ret.) & Judge J. Michael Luttig (ret.)



NORTH CAROLINA STATE BOARD OF ELECTIONS

Case 5:22-cv-00276-D-BM   Document 15-1   Filed 07/17/22   Page 15 of 16

# Thank You!



Case 5:22-cv-00276-D-BM   Document 15-1   Filed 07/17/22   Page 16 of 16