# Exhibit B

# Consideration of Recognition of the North Carolina Green Party

**State Board Meeting ● June 30, 2022**



Case 5:22-cv-00276-D-BM   Document 15-2   Filed 07/17/22   Page 2 of 21

# How a Party Becomes Recognized in Our State



Case 5:22-cv-00276-D-BM   Document 15-2   Filed 07/17/22   Page 3 of 21

# Creation of a New Party

- Group's candidate for Governor, or for presidential electors, received at least 2% of entire vote cast in last preceding general State election.

- By petition which is signed by registered and qualified voters in this State equal in number to 0.25% of the total number of registered voters who voted in the most recent general election for Governor. Must also obtain at least 200 voter signatures from each of 3 NC congressional districts.

- The party had a candidate nominated on the general election ballot of at least 70% of the states in the prior Presidential election.

VOTE NORTH CAROLINA
STATE BOARD OF ELECTIONS

003

# The Petition Process



004

# Petition for a New Political Party

- Initiate Process
  - Submit petition request form to NCSBE.

- Signature Gathering
  - Obtain signatures of at least 200 registered voters from each of 3 NC congressional districts.
  - Obtain signatures from registered and qualified voters in this State equal in number to 0.25% of the total number of registered voters who voted in the most recent general election for Governor: <u>13,865</u>
  - Use required heading (see next slide).

VOTE NORTH CAROLINA
STATE BOARD OF ELECTIONS

005

# Example of Blank Signature Sheet

PETITION TO CREATE A NEW POLITICAL PARTY (NCGS § 163-96 (a)(2))

THE UNDERSIGNED QUALIFIED REGISTERED VOTERS IN _____ COUNTY HEREBY PETITION FOR THE FORMATION OF A NEW POLITICAL PARTY

TO BE NAMED _____ AND WHOSE STATE CHAIRMAN IS _____ , RESIDING AT _____ , AND WHO CAN BE

REACHED BY TELEPHONE AT _____ .

IT IS ILLEGAL TO SIGN THE NAME OF ANOTHER PERSON TO A PETITION. (G. S. 163-221)

| BOE ONLY | Line No. | Print your name (Must be printed legibly) | Residential street address | ZIP code | Birth date (DD/MM/YYYY) | Signature | Date (DD/MM/YYYY) |
|---|---|---|---|---|---|---|---|
| | 1 | | | | | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| | 4 | | | | | | |
| | 5 | | | | | | |
| | 6 | | | | | | |
| | 7 | | | | | | |
| | 8 | | | | | | |

VOTE NORTH CAROLINA
STATE BOARD OF ELECTIONS

# Filing Petition Signature Sheets

- Deadlines
  - To qualify for the 2022 general election, party submits sheets to the county board of elections (CBE) of the county in which the signatures were obtained by 5 p.m. on May 17, 2022.
    - *CBE returns checked sheets along with certification to the petitioner.*
  - Party submits checked signature sheets and certifications to NCSBE by noon on June 1, 2022.

- Other Instructions
  - Must be checked by the individual CBE.
  - May be submitted to the CBEs as collected to assess number of accepted signatures throughout the signature gathering.
  - Signatures must be original (use ink); no electronic signatures or photocopies.
  - No one may sign a petition on behalf of another person.

VOTE NORTH CAROLINA
STATE BOARD OF ELECTIONS



# County Petition Checking Process

County Board of Elections petition checking process per G.S. § 163-96(a):

- Verification to be completed within 2 weeks from the date submitted.

- Processed through SEIMS Petition Module.

- Examine names and signatures. Statute requires the signatures on the petition be checked against the registration records.

- Confirm if qualified and registered voter in the county.

- Generate report/certificate indicating number of credited and discredited signatures.



008

# SBE Review of
# NC Green Party Petitions



# Signatures Credited & Discredited

- 13,865 required (with 200 signatures in 3 congressional districts)

- 22,521 submitted
- 15,953 validated by county boards and under review by NCSBE

Validated signatures over minimum requirement: 2,088

VOTE
NORTH CAROLINA
STATE BOARD OF ELECTIONS

010

# Petition Review & Investigation

- Starting in early May, several CBEs alerted the NCSBE of irregularities identified during review of petitions.

- NCSBE opened an investigation.

- Staff reviewed every signature sheet received. Sheets were turned in as late as this week.

VOTE NORTH CAROLINA
STATE BOARD OF ELECTIONS

011

# Petition Review & Investigation

Numerous petition pages have obvious signs of fraud or irregularities, including:
- Same handwriting throughout and similar signatures
- Numerous lines with incomplete information, or where name, address, or date of birth was crossed out
- Petition sheets with partial dates of birth
- Duplicate voters
- Some of these sheets include the name/initials of the petition gatherer

Other issues include:
- Deceased or long-removed voters included (indicates submission of signature sheets from Green Party's pre-2018 petition effort)
- Signature pages identifying a long-ago chair for the party (also indicating submission of outdated signatures)



012

# Petition Review & Investigation

Signature gathering consultants/firms hired by Green Party or potential candidate:

- One firm collected around 100 signatures
- Another firm collected more than 1,000 signatures
- 3 individuals hired by contract collected 1,472 signatures; only 624 accepted

Investigations staff and others at NCSBE are continuing to review.

VOTE NORTH CAROLINA
STATE BOARD OF ELECTIONS

013

# Example

**PETITION TO CREATE A NEW POLITICAL PARTY (NCGS § 163-96 (a)(2))**

THE UNDERSIGNED QUALIFIED REGISTERED VOTERS IN ___WAKE___ COUNTY HEREBY PETITION FOR THE FORMATION OF A NEW POLITICAL PARTY

TO BE NAMED <u>NORTH CAROLINA GREEN PARTY</u> AND WHOSE STATE CHAIRMAN IS <u>ANTHONY NDEGE</u>, RESIDING AT <u>1713 CHAPEL STREET, WINSTON-SALEM 27127</u>,

AND WHO CAN BE REACHED BY TELEPHONE AT <u>336-577-1421</u>.

IT IS ILLEGAL TO SIGN THE NAME OF ANOTHER PERSON TO A PETITION. (G. S. 163-221)

| BOE ONLY | Line No. | Print your name (must be printed legibly) | Residence Address and City/Town (no PO Box numbers) | ZIP code | Birth date (DD/MM/YYYY) | Signature |
|---|---|---|---|---|---|---|
| X | 1 | Linda Cox | 912 Park Summit Blvd | 27523 | | |
| X | 2 | Michelle Hightower | 107 Rivergreen Ct | 27518 | | |
| X | 3 | Janie Dupree | 8205 Cunningham Rd | 27597 | | |
| X | 4 | Zaher El-Assi | 901 Wayne Dr | 27608 | | |
| X | 5 | Cassie Inscho | 128 Gremar Dr | 27540 | | |
| X | 6 | Sharron Brehl | 1040 Wake Towne Dr #410 | 27609 | | |
| X | 7 | Anthony Fiorentino | 1019 Windy Rd | 27502 | | |
| X | 8 | Channing Duke | 904 Olive St | 27502 | | |
| X | 9 | Kathleen Knox | 332 Briarfield Dr | 27502 | | |
| X | 10 | John Matson Jr | 236 Terrell Dr | 27671 | | |
| X | 11 | Elaine Dunavant | 2933 Mavisbank Cir | 27502 | | |
| X | 12 | Tawanda Lassiter | 747 Maypearl Ln | 27610 | | |
| X | 13 | Jason Ipock | 2509 Cotesworth Dr | 27587 | | |
| X | 14 | Erica Flory | 124 Winchester Dr | 27591 | | |
| X | 15 | Diana Brown | 8331 Braff Ave | 27587 | | |

*SUBMIT COMPLETED FORMS TO THE OFFICE OF (COUNTY) BOARD OF ELECTIONS.*

# Example



Josh M

PETITION TO CREATE A NEW POLITICAL PARTY (NCGS § 163-96 (a)(2))

THE UNDERSIGNED QUALIFIED REGISTERED VOTERS IN WAKE COUNTY HEREBY PETITION FOR THE FORMATION OF A NEW POLITICAL PARTY

TO BE NAMED NORTH CAROLINA GREEN PARTY AND WHOSE STATE CHAIRMAN IS ANTHONY NDEGE, RESIDING AT 1713 CHAPEL STREET, WINSTON-SALEM 27127,

AND WHO CAN BE REACHED BY TELEPHONE AT 336-577-1421.

IT IS ILLEGAL TO SIGN THE NAME OF ANOTHER PERSON TO A PETITION. (G. S. 163-221)

| BOE ONLY | Line No. | Print your name (must be printed legibly) | Residence Address and City/Town (no PO Box numbers) | ZIP code | Birth date (DD/MM/YYYY) | Signature |
|---|---|---|---|---|---|---|
| ✓ | 1 | Corinthia Evans | 2002 Manderleigh Dr | 27545 | | |
| | 2 | | | | | |
| ✓ | 3 | Keyonte Cherry | 812 Terrastone Pl | 27519 | | |
| ✓ | 4 | Demonte Blue | 1663 Plexor Ln | 27545 | | |
| ✓ | 5 | Shaneeka Bell | 1151 Cannonball Run #301 | 27545 | | |
| ✓ | 6 | Jacob Green | 2830 Manorcrest Ct #231 | 27609 | | |
| ✓ | 7 | Dondre Griffin | 5800 Peacenest Dr | 27610 | | |
| ✓ | 8 | Eboni Young | 506 Glenbrook Dr | 27610 | | |
| ✓ | 9 | Deosia Goodman | 5324 Baywood Forest Dr | 37545 | | |
| ✓ | 10 | Sumoner Hardin | 7837 Harps Mill Woods Run | 27615 | | |
| ✓ | 11 | Karrin Kennard | 2513 Shepherd Valley St | 27610 | | |
| ✓ | 12 | Lofton Woods | 2301 Fox Ridge Manor Rd | 27610 | | |
| ✓ | 13 | Tajasia Pitts | 410 Montview Way | 27545 | | |
| ✓ | 14 | Camryn Hunter | 404 Little Acres Dr | 27545 | | |
| ✓ | 15 | Nyjil Thomas | 2253 Ballston Pl | 27545 | | |

SUBMIT COMPLETED FORMS TO THE OFFICE OF (COUNTY) BOARD OF ELECTIONS.

# Petition Review & Investigation

Recent outside complaints:

- 145 signatories seeking to revoke their signatures.
- 3 signatories claiming they did not sign (staff investigators have separately identified a handful of people whose signatures were counted but who say they never signed).
- 19 signatories claiming the Green Party never "inform[ed] the signers of the general purpose and intent of the new party," as required in G.S. 163-96(b).
- Allegations of apparently fraudulent signatures and signatures validated after the deadline.

VOTE NORTH CAROLINA
STATE BOARD OF ELECTIONS

016

# Staff Recommendation

- Number of known questionable signatures exceeds the 2,088-signature threshold.

- Requires further investigation, including subject interviews.

- Table consideration to future date.

NORTH CAROLINA
STATE BOARD OF ELECTIONS

017

# Criminal Penalties

- Class 2 misdemeanor to sign the name of another person to any petition under G.S. 163-96 for the formulation of a new political party. G.S. § 163-221(a)(2).

  - Any name signed on a petition, in violation of this section, shall be void.

- Class I felony for "any person knowingly to swear falsely with respect to any matter pertaining to any primary or election". G.S. § 163-275(4).

**NORTH CAROLINA**
STATE BOARD OF ELECTIONS

018

# Staff Recommendations for Legal Changes

- Request legislative changes, including making it illegal to pay signature gatherers per petition signature.
  - It is already a crime to pay per voter registration form or absentee request form. G.S. §§ 163-237(d4) and 163-274(15).

- Propose rules to help reduce fraudulent petitions, including requiring each petition page to identify the person gathering the signatures and to disclose their contact information.

VOTE NORTH CAROLINA STATE BOARD OF ELECTIONS

019

# Thank You!



020