# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS. <br><br> Defendant, <br><br> and <br><br> NORTH CAROLINA DEMOCRATIC PARTY, DEMOCRATIC SENATE CAMPAIGN COMMITTEE <br><br> *Proposed Intervenor-Defendant*. | Case No. 4:22-cv-00078 |

## DECLARATION OF CARLTON PHILLIP JONES

I, Carlton P. Jones, make the following declaration in lieu of affidavit in accordance with the provisions of 28 U.S.C. § 1746. I understand that my declaration may be introduced into the record of the above captioned action, or any other grievance, administrative proceeding, or suit pending in a court of law.

1. I am a registered North Carolina voter residing in Morrisville, Wake County. I am registered as a member of the Democratic Party.

2. On or about June 27, 2022, I became aware that a party-recognition petition filed by the North Carolina Green Party with the Wake County Board of Elections included my name and signature.

3. I have no recollection of ever being asked to a petition on behalf of the North Carolina Green Party.

4. I do recall, over a year ago, being approached by a petition circulator who asked me to sign a petition to legalize marijuana in North Carolina. At no point did this individual identify themselves as a representative of the Green Party, inform me of the Green Party's purpose, identify its candidates, or advise me that the form I was signing was in fact a petition to certify the North Carolina Green Party as a political party.

5. I do not recall the precise date or location where this interaction took my place, but to the best of my recollection it was either at an early voting polling place or outside of a shopping center near my home in Wake County.

6. Had the petition circulator disclosed the true purpose of the petition, I would have had additional questions for him about what the Green Party stands for and which political offices it intended to run candidates for. But I have no recollection of ever having such a discussion with the petition circulator.

7. I do not wish to have my signature submitted on behalf of the North Carolina Green Party's efforts to obtain recognition and have previously signed a declaration asking that my name be removed from that petition. *See* Attachment A. It is my continued desire to revoke my signature from that petition, which I signed without being informed of its true purpose.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct. Executed in Wake County, North Carolina, on July 16, 2022.

_____
Carlton P. Phillips