IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS.<br><br>Defendant. | Case No. 5:22-CV-276-D-BM |

## [PROPOSED] ORDER GRANTING MOTION TO EXPEDITE

The Court being fully advised and good and sufficient cause appearing therefore, the Proposed Intervenors' Motion to Expedite Briefing and Consideration of Proposed Intervenors' Motion to Intervene is hereby **GRANTED**.

**IT IS HEREBY ORDERED**, consistent with Local Rule 7.1(f)(1), that the parties must file any response to Proposed Intervenors' Motion to Intervene as Defendants, ECF No. 15, no later than Friday, July 22, 2022. Proposed Intervenors shall file any reply no later than Tuesday, July 26, 2022 at 12:00 p.m.

Dated: July __, 2022

James C. Dever III
United States District Judge