# Exhibit A
# to Motion to Expedite

# Chris Dodge

| | |
|---|---|
| **From:** | Chris Dodge |
| **Sent:** | Monday, July 18, 2022 3:49 PM |
| **To:** | Oliver Hall; Steed, Terence |
| **Cc:** | Narendra Ghosh; Aria Branch |
| **Subject:** | RE: NCGP, et al. v. NCSBE, No. 4:22-cv-78 - motion to expedite |

Counsel,

Just so I understand your position for purposes of our motion, do Plaintiffs not consent to any motion to expedite consideration of our intervention motion or is there a particular concern with proposing Friday as a deadline for responses? We are amenable to conferring on the latter point, but we think the need for the Court to consider our intervention expeditiously is clear given the upcoming PI briefing.

Thanks,

Chris

**Christopher D. Dodge***
Counsel
**Elias Law Group LLP**
10 G St NE, Suite 600
Washington, DC 20002
202-987-4928
cdodge@elias.law

*Admitted in MA and NY. Practicing under the supervision of DC bar members.

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Oliver Hall <oliverhall@competitivedemocracy.org>
**Sent:** Monday, July 18, 2022 3:17 PM
**To:** Chris Dodge <cdodge@elias.law>; Steed, Terence <Tsteed@ncdoj.gov>
**Cc:** Narendra Ghosh <nghosh@pathlaw.com>; Aria Branch <abranch@elias.law>
**Subject:** Re: NCGP, et al. v. NCSBE, No. 4:22-cv-78 - motion to expedite

Counsel:

Plaintiffs do not consent.

-Oliver

```
Oliver Hall
Legal Counsel
Center for Competitive Democracy
P.O. Box 21090
Washington, DC 20009
202-248-9294
```
oliverhall@competitivedemocracy.org
On 7/18/2022 12:15 PM, Chris Dodge wrote:

Counsel,

In view of Judge Dever's request for a proposed PI schedule today, the DSCC and North Carolina Democratic Party plan to ask for expedited review of their motion to intervene, which was filed yesterday. In the motion we intend to ask the Court to set a deadline for any responses to our motion. We believe this coming Friday would be appropriate so that the Court can take the motion under advisement before any PI opposition is due. Please let us know if you consent to the motion and that proposed date, or please let me know if you would like to confer on the matter.

We intend to file this motion before close of business today.

Thanks,

Chris


Counsel
Elias Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
202-987-4928
cdodge@elias.law

*Admitted in MA and NY.  Practicing under the supervision of DC bar members.

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.