IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:22-cv-276

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER and AARON MOHAMMED, <br><br> Plaintiffs, <br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> Defendant. | **PLAINTIFFS' AND DEFENDANT'S JOINT PROPOSED BRIEFING SCHEDULE** |

Pursuant to the Court's July 18, 2022 Order (D.E. 18), which directed the parties to meet and confer and submit a proposed briefing schedule for the Motion for Preliminary Injunction that Plaintiffs advised the Court they intend to file, the parties jointly propose the following briefing schedule on the motion:

Plaintiffs' Motion: **July 21, 2022**

Defendant's Opposition: **July 29, 2022**

Plaintiffs' Reply: **August 2, 2022**

Hearing on Motion: **August 4, 2022 to August 10, 2022**

The parties agree that the foregoing schedule is reasonable under the emergent circumstances in which this case arises.

Defendant North Carolina State Board of Elections ("State Board") provides the following information to supplement the relevant administrative considerations and timelines discussed at

the July 18, 2022 hearing and in further support of the proposed schedule. At this time, the State Board anticipates holding a meeting on August 1, 2022, August 2, 2022, or August 3, 2022, at the latest. State Board staff anticipate presenting a report regarding the sufficiency of the Green Party's Petition to State Board members at the meeting, such that the State Board members may consider certification of the Green Party. Moreover, the State Board further informs the Court that absentee ballots must be finalized no later than August 12, 2022 in order to allow sufficient time for printing of the ballots ahead of the September 9, 2022 absentee ballot distribution date.[1] Thus, to the extent any relief is to be granted in Plaintiff's favor, it is requested that it be done before that date.

Dated: July 19, 2022

Respectfully submitted,

**JOSHUA H. STEIN**
**Attorney General of North Carolina**

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761
E-Mail: tsteed@ncdoj.gov
N.C. State Bar No. 52809
Attorney for Defendant

/s/ Pooyan Ordoubadi
Pooyan Ordoubadi*
Lopez-Cobb and Ordoubadi, PLLC
134 Salem Towne Court
Apex, NC 27502

---

[1] *See* the North Carolina State Board of Elections, Calendar of Events, website: https://www.ncsbe.gov/current-sbe-events, last visited July 18, 2022.

Tel: (919) 695-5569
Fax: (919) 882-9797
Email: pooyan@LCOLEGAL.com
N.C. Bar No. 49438

/s/*Oliver B. Hall*
Oliver B. Hall
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, DC 20009
202-248-9294
oliverhall@competitivedemocracy.org
D.C. Bar No. 976463

*Counsel for Plaintiffs*
**Local Civil Rule 83.1(d) Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served the foregoing document upon all counsel of record via the CM/ECF systems of the United States District Court for the Eastern District of North Carolina.

This the 19th day of July, 2022.

                                                /s/ Terence Steed
                                                Terence Steed
                                                Special Deputy Attorney General