IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Oliver B. Hall hereby enters a notice of special appearance as counsel for Plaintiffs North Carolina Green Party, Anthony Ndege, Michael Trudeau, Matthew Hoh, Samantha Worrell, Samantha Spence, K. Ryan Parker and Aaron Mohammed in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Pooyan Ordoubadi.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

                                                                      */s/Oliver B. Hall*

                                                            Oliver B. Hall
                                                            Center for Competitive Democracy
                                                            P.O. Box 21090, Washington, DC 20009
                                                            202-248-9294
                                                            oliverhall@competitivedemocracy.org
                                                            D.C. Bar. No. 976463
                                                            Attorney for Plaintiffs

/s/Pooyan Ordoubadi
Pooyan Ordoubadi
Lopez-Cobb and Ordoubadi, PLLC
134 Salem Towne Court
Apex, NC 27502

(919) 695-5569
Fax: (919) 882-9797
pooyan@LCOLEGAL.com
N.C. Bar. No. 49438
Local Civil Rule 83.1(d) Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2022, I filed the foregoing document using the Court's CM/ECF system, which will effect service upon all counsel of record.

/s/Oliver B. Hall
Oliver B. Hall

*Counsel for Plaintiffs*
