IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:22-cv-276

NORTH CAROLINA GREEN PARTY, et al., )
)
Plaintiffs, )
v. )
) **ORDER**
NORTH CAROLINA STATE BOARD OF ELECTIONS, )
)
Defendant. )

THIS MATTER coming on before the Court on July 18, 2022 for a status conference at which the Court directed the parties to meet and confer and submit a proposed briefing schedule for the Motion for Preliminary Injunction that Plaintiffs advised the Court they intend to file (D.E. 18), and the parties having done so on July 19, 2022 (D.E. 23), and the Court having reviewed the proposed briefing schedule and finding good cause to enter same;

IT IS HEREBY ORDERED that briefing shall follow this schedule:

| | |
|---|---|
| Plaintiffs' Motion: | July 21, 2022 |
| Defendant's Opposition: | July 29, 2022 |
| Plaintiffs' Reply: | August 2, 2022 |
| Hearing on Motion: | August 8, 2022, at 1:00 p.m. |

SO ORDERED. This 20 day of July, 2022.

JAMES C. DEVER III
United States District Judge