EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTEERN DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>PLAINTIFFS,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL.,<br><br>DEFENDANTS. | **DECLARATION OF MICHAEL TRUDEAU IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1. I, Michael Trudeau, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina in Wake County.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. I collected signatures from other registered voters on the petition.

5. I wish to run as a Green Party candidate for State Senate District 16, I was nominated by the North Carolina Green Party to do so, and I have attempted to file my candidacy form and payment to do so, but these documents were rejected by both the Wake County Board of Elections and the State Board of Elections on the ground that the Green Party has not been certified as a political party under North Carolina law.

1

6.  On June 29, 2022, an individual who identified himself as "with the North Carolina Democrats" came to my home and encouraged me and my wife to withdraw our signatures from the North Carolina Green Party petition. I told him no. The man claimed that the Green Party would "create a disadvantage to the ... Democratic Party, dividing the votes there and giving an advantage to the Republican Party." I captured the encounter on video. I have the video on file and I am willing to produce it as evidence in this case.

7.  I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: July 18, 2022

_____
Michael Trudeau