EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, and DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS IV, TOMMY TUCKER, and KAREN BRINSON BELL, in their official capacities as members or employees of the North Carolina State Board of Elections,<br><br>Defendants. | **DECLARATION OF MATTHEW HOH IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Matthew Hoh, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. I circulated petitions to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

5. I am a nominated candidate with the North Carolina Green Party for US Senate. I have satisfied the federal and state requirements to run as a candidate for US Senate in the November 2022 general election.

6. On June 25, 2022, I received several text messages urging me to take my name off of the petition for the North Carolina Green Party's petition for ballot access. Copies of those text messages as attached hereto as Exhibit A.

7. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: July 21, 2022

_Matthew Hoh_
Matthew Hoh

# EXHIBIT A

**(Text Messages Requesting That Plaintiff Hoh Remove His Name From NCGP Petitions)**



Hi, Matthew, my name's Drew and we're texting you because your name was listed on a petition submitted to help place the Green Party and its candidates on the North Carolina ballot in 2022 and 2024. We just wanted to confirm whether you signed this petition?
1- Yes, I did Sign
2- No, I did not sign
3- Not Sure
4- Wrong Number

Reply STOP to end





Reply STOP to end

1

Thank you for confirming. If the Green Party is on the ballot it will give Republicans a huge advantage that will help them win in North Carolina in 2022 and 2024. In past elections, we've seen that the Green Party takes votes away from Democrats, which helps Republicans win. With abortion rights in the balance, we can't afford to give Republicans more of an advantage. Are you interested in asking the elections board to have your name removed from this petition?
1- Yes
2- No



