EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. | **DECLARATION OF CLINTON EBADI IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Clinton Ebadi, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. On June 24, 2022, I received multiple calls from 980-550-5118. When I answered, the caller asked me to remove my name from NCGP's petitions because NCGP will take votes away from Democrats. The caller told me that the caller was calling from "the call center" but would not identify which one. I asked on whose behalf the caller was calling, and the caller stated, "I am not given that information."

5. On June 27, 2022 I also received text messages from 919-887-1940, which asked me to remove my name form NGCP's petitions. One of the texts included the following link to a

document that the texter could sign electronically to request my removal from the NCGP petitions: htttps://ncdems.fyi/Sign-To-Revoke-Signature. That link redirects to another link, https://powerforms.docusign.net/678b1ad3-26f4-4c7a-9cdd-36227080102d?env=na2&acct=1bc70b7c-d708-483c-a3f6-b3fc998cbf12&accountId=1bc70b7c-d708-483c-a3f6-b3fc998cbf12, which currently contains the message, "The document has been suspended and is not currently active. Please contact the sender."

6. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: July 20, 2022

_Clinton Ebadi_
Clinton Ebadi