EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS and DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS IV, TOMMY TUCKER, and KAREN BRINSON BELL, in their official capacities as members or employees of the North Carolina State Board of Elections,<br><br>Defendants. | **DECLARATION OF JEREMY GILCHRIST IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Jeremy Gilchrist, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. On several occasions from June 24 – 26, 2022, I received calls from 980 area code numbers that I did not recognize. The calls came from 980-550-5066, 980-550-5118, 980-400-3714, and possibly others. I did not answer the calls.

5. On June 25, 2022 at 1:15pm EDT, I received my first text message asking to confirm if I had signed the Green Party petition. I did not respond. The text came from 919-300-8903 and stated that it was from "Drew".

6. On June 27, 2022 at 7:42pm EDT, I received a text message from 919-386-4312, which stated that it was from "Allison". "Allison" also asked me to confirm that I signed the Green Party petitions. I responded that I did sign, and the texter sent another text stating that by doing so I was helping Republicans win and asked if I was interested in removing my name from the petition. I responded no and stated that this was a dirty tactic. After that the texter sent another text asking if I wanted to remove my name. I chose to stop responding at that point.

7. True and correct copies of the text messages that I received are attached hereto as Exhibit A.

8. On June 29, 2022 at 11:13am, someone whose name I did not get showed up at my door to ask me to remove my name from the Green Party petition. I caught some of the interaction on my security camera at 11:14am and told them I did not appreciate the tactics and did not know if it was even legal. I basically cut them off and told them to have a good day and went back into my house.

9. I have a video file of the visit I received to my home on June 29, 2022, which I am prepared to submit as evidence in this case.

10. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: July 20, 2022

*Jeremy Gilchrist*
Jeremy Gilchrist

# EXHIBIT A

**(Text Messages to Jeremy Gilchrist)**





← (919) 386-4312

Thank you for confirming. While participation in elections is important, having the Green Party on the ballot will help Republicans win in North Carolina in 2022 and 2024. In past elections, we've seen that the Green Party takes votes away from Democrats, which helps Republicans win. With abortion rights in the balance the stakes of the election have never been higher, and we can't afford to give Republicans an advantage. Are you interested in trying to get your name removed from this petition?
1- Yes
2- No

2

Now I am definitely voting green after this dirty tactic



...ng the Green Party on the ...ot in 2022 and 2024 will help ...ublicans win in North Carolina. ...re is far too much at stake to ...his happen. Are you sure you ...ldn't be interested in asking to

< Capture more



Case 5:22-cv-00276-D-BM   Document 28-6   Filed 07/21/22   Page 6 of 6