EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
No 5 22-CV-276-D-BM

NORTH CAROLINA GREEN PARTY, )
ANTHONY NDEGE, MICHAEL )
TRUDEAU, MATTHEW HOH, )
SAMANTHA WORRELL, SAMANTHA )
SPENCE, K RYAN PARKER AND ) **DECLARATION OF CHARLIE**
AARON MOHAMMED ) **HAMMERLE IN SUPPORT OF**
) **PLAINTIFFS' EMERGENCY MOTION**
) **FOR TEMPORARY RESTRAINING**
) **ORDER AND PRELIMINARY**
v. ) **INJUNCTION**
)
NORTH CAROLINA STATE BOARD OF )
ELECTIONS )

1. I, Charlie Hammerle, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. On June 26, 2022, I received a call from an individual asking me to remove my signature from the above identified petition to qualify the North Carolina Green Party

5. I asked the caller multiple times if they were with the Green Party The caller confirmed that they were calling on behalf of the Green Party before the call was ended I did not end the call.

6. I declare, pursuant to 28 U.S C § 1746 and under penalty of perjury, that the foregoing is true and correct

Executed: July 19, 2022

_____
Charlie Hammerle