EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. | **DECLARATION OF CONNOR HARNEY IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Connor Harney, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. I signed this petition as a registered independent voter because I am not a partisan of either the Democratic Party or the Republican Party.

5. In elections, I tend to vote for Democrats, but have on occasion voted for representatives from Third-Parties.

6. I have done this because I believe that the two-party duopoly in American politics needs to be broken.

1

7. In my view, the only way to do that is through making sure political parties like the Green Party are assured ballot access.

8. On Saturday June 25, 2022, I was sent a text message from someone who only identified themselves as Drew. He did not identify an organization when asked who he represented. Drew then proceeded to ask me to remove my name from the petition for Green Party ballot access because it would take votes away from the Democrats. To which, I replied no. He then asked once more before ending the conversation. True and correct copies of these text messages are attached hereto as Exhibit A.

9. The next day Sunday 26, 2022, someone came to my door saying they represented the State Board of Elections. This person then proceeded to ask me to remove myself from the petition. To which, I replied no the same as I had over text message. They asked multiple times, saying once again that it would split the Democratic vote. After that last statement, they made a point of saying they were non-partisan.

10. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: 7/18/2022

Connor Harney

# EXHIBIT A

**(Text Messages Connor Harney Received Asking Him to Remove Name From NGCP Petitions)**





