EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS | **DECLARATION OF AARON MOHAMMED IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Aaron Mohammed, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I reside in Guilford County, and I am a registered voter in the State of North Carolina with intentions to remain and vote in future elections.

3. I signed a petition along with my wife to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. I donated to Matthew Hoh's campaign to support his candidacy.

5. The presence of independent candidates in North Carolina's elections benefit me as a voter because they raise issues and present views that Republican and Democratic candidates may oppose or simply disregard. Consequently, when candidates outside the Republican and Democratic parties are excluded from North Carolina elections, it deprives me of representation as a voter and North Carolina citizen.

6. I received several phone calls, along with my wife from unrecognized numbers and when I answered from 980-400-3714, the person asked me multiple times during the call if I would remove my name from the Green Party petition I signed.

7. When I first received the call from 980-400-3714, I was asked to identify myself and confirm if I had really signed the Green Party petition to get Matthew Hoh on the ballot.

8. I responded in the affirmative to signing to get Matthew Hoh on the ballot and I initially was under the impression the call was from the North Carolina State Board of Elections based on how the questioning was framed.

9. I then listened to the caller read from what sounded like a script attempting to persuade me to remove my signature and was told it would hurt the Democrats during election time if I didn't. The caller then repeated the request for me to remove my signature and I declined again. Before ending the call, the caller identified herself as someone calling from the DSCC and was not affiliated with any candidate.

10. I heard my wife's phone ringing repeatedly a few days after my call from similar looking numbers. I work from home with my wife and heard her phone ringing all day while we were working, despite our phones being equipped with spam blockers. Since my wife didn't answer the call, she was then sent a text message asking her to remove her name from the NCGP petitions. My wife refused to remove her signature.

11. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: July 20, 2022

Aaron Mohammed