EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS and DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS IV, TOMMY TUCKER, and KAREN BRINSON BELL, in their official capacities as members or employees of the North Carolina State Board of Elections,<br><br>Defendants. | **DECLARATION OF JANET K. NAGEL IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, JANET K. NAGEL, hereby affirm, subject to the penalty of perjury, that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. On June 24, 2022 at 5:51 pm I received a call from a woman who stated that she was calling "for" the Green Party and asked whether I would remove my name from NCGP's petition. I declined. The caller called from the number 980-550-5066.

1

5. I received a phone call at 5:51 pm on June 24, 2022 from a woman inquiring if I had signed a petition to place the Green Party on the NC ballot.

6. The phone number was 980-550-5066. Location was Lowell, NC It was obviously an automatic dial call because there was a pretty long silence before she came on asking for "Janet". I had decided to wait to learn the identity of the caller because I had received three other calls from Lowell, NC earlier that day with the same delay and I'd hung up. The three earlier calls were from number 980-550-5118.

7. I assumed the woman was calling as part of the signature validation process. I replied that I had signed the Green Party petition.

8. The woman then launched into a diatribe about how voting for the Green Party would take votes from the Democrats and it is critical to prevent Republicans from being elected.

9. I asked her who she was calling for and she said she was calling for the Green Party.

10. I replied that that argument is mistaken and there are more unaffiliated voters in NC than either registered Democrats or Republicans.

11. She replied, "So you would like to remove your name from the petition?"

12. I told her "absolutely not" and that she was obviously not calling for the Green Party. I told her she should be ashamed of herself for making these calls.

13. She wished me a nice day and hung up.

14. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: July 21, 2022

*Janet K. Nagel*
Janet K. Nagel