EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER and AARON MOHAMMED, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS and DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS IV, TOMMY TUCKER, and KAREN BRINSON BELL, in their official capacities as members or employees of the North Carolina State Board of Elections, <br><br>　　　　　　Defendants. | **DECLARATION OF K. RYAN PARKER IN SUPPOPT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, K Ryan Parker, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I have personal knowledge about the matters to which I attest. If called to testify, I could and would competently testify to these statements.

3. I am a registered voter in the county of Wake in North Carolina.

4. I am a resident of the city of Raleigh.

5. I support the Green Party's efforts to gain ballot access in the State of North Carolina.

6. I have met, conversed with and support Matthew Hoh the NC Green Party US Senatorial candidate for North Carolina.

1

7. I have an interest in having independent candidates who are not registered Republicans or Democrats appear on North Carolina ballots in order to give voters more choice at the ballot box.

8. I freely signed a petition to have the Green Party appear on the ballot in North Carolina for the 2022 midterm elections.

9. As a North Carolina voter I became disenfranchised when on Thursday June 30th the North Carolina State Board of Elections voted down the motion to recognize the Green Party so that their candidates could appear on the ballot in the midterm 2022 elections.

10. I was also disenfranchised on the previous day of Wednesday June 29th when a woman identifying herself as being from the North Carolina Democrats appeared at my home. I recorded the conversation on video with my mobile phone. I am willing to produce that video recording as evidence in this case. The woman said that having the Green Party on the ballot would be a "huge disadvantage to Democrats and advantage to Republicans." She then said that they are "asking if people are interested in removing their name from the petition".

11. I confirmed that she was indeed from the North Carolina Democrats and that she used the public information from the petition that I signed to find me. She confirmed these facts.

12. She went on to say the following: "Some people signed it [the petition] and didn't know that they were being misled. Some people didn't even sign it but their signature was on there, so they are investigating that, too." She went on to say that "they contracted her to go around and ask people" if they wanted to take their name off the ballot.

13. I reiterated to her that I signed the petition because I wanted the Green party to be on the ballot. She repeated that "we are letting people know that it would be a disadvantage to Democrats and advantage to Republicans".

14. I went on to explain that I wanted a third party, meaning the Green Party, on the ballot.

15. I further explained that I also wanted ranked choice voting so that we, meaning NC voters, could have a viable third-party candidate. I said, "If the Democrats were concerned about that, then they should probably change their politics…as opposed to coming to my house and trying to get me to take my name off a list".

16. I also informed this person that I knew that they were coming because other people who had signed the petition said they had been called and visited by people in previous days who were trying to get them to take their name off the petition.

17. I again reiterated that I fully understood that I could remove my name from the petition but that I chose not to remove my name.

18. I hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

Dated: July 21, 2022

_____
K. Ryan Parker