EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS | **DECLARATION OF AHMED SELIM IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Ahmed F. Selim, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. I am the Matthew Hoh for Senate Campaign documentarian and have received a stipend from the campaign for my film work. While in this capacity I documented petitioners getting signatures and on a few occasions volunteered to collect signatures while I was in field. I did not receive compensation for signatures and collected less than 200.

5. I recorded a phone call between a person who signed the petition and someone who eventually identified herself as being from the Democratic Senatorial Campaign Committee. First the caller said they were with neither campaign and then asked if the signee understood that

1

their signature would hurt the Democrat's chances of winning and, as a result, risk the Republicans taking control of the Senate. The caller asked if the signee would like to take their name off the petition. The signee declined. I have this recording on file and I am willing to produce it as evidence in this case.

6. Two more different colleagues reached out to me to let me know that they were either called or sent messages to try to convince them to take their names of the ballot. Both colleagues expressed deep disappointment with the Democratic establishment.

7. A week later, I received text messages from the NC State Board of Elections asking me if I was a petitioner in the campaign and that the campaign was under investigation. They asked if I would answer some questions to help the investigation, and I agreed. We later exchanged text messages where I explained my relationship related to the petitioning questions as I have explained in this declaration.

8. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: July 21, 2022

Ahmed Selim