EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER and AARON MOHAMMED, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS AND DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS IV, TOMMY TUCKER, AND KAREN BRINSON BELL, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OR EMPLOYEES OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> Defendants. | **DECLARATION OF SAMANTHA SPENCE IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Samantha Spence, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. My 1st and 14th amendment rights were violated when the NCSBOE failed to recognize the North Carolina Green Party and its candidates for ballot access after having met the statutory requirements.

5. My First and Fourteenth amendment right as a citizen to gather in pursuit of common political ends, were ignored. As well as all North Carolina citizens who signed our petitions, when the NCSBOE failed to certify the North Carolina Green Party.

6. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Date Executed:

07-16-2022

Signature: *Samantha J. Spence*