EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. | )))<br>)))<br>)<br>)<br>)<br>)<br>)<br>)<br>) **DECLARATION OF SAMANTHA WORRELL IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

1. I, Samanth Worrell, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am a registered voter in the State of North Carolina.

3. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

4. I collected signatures for a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.

5. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed: July 20, 2022

Samantha Worrell

*/s/ Samantha Worrell*