EXHIBIT 17

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 4:22-CV-78-D

NORTH CAROLINA GREEN PARTY, et al.,

        Plaintiffs,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

I, Scott Satalino, hereby declare under oath and subject to the penalty of perjury that the following is true and correct to the best of my knowledge.

1. I am a registered voter in the State of North Carolina.
2. I signed a petition to qualify the North Carolina Green Party as a new political party under North Carolina law and to enable the party to place its nominees on North Carolina's November 8, 2022 general election ballot.
3. I fully support the candidacy of Matthew Hoh because his views, positions on each issue, and history of service to this country are compatible with everything I believe as a citizen of North Carolina should represent our state in the U. S. Senate for the good of not only North Carolina, but the United States of America as a whole.
4. I have known of Matthew Hoh since he resigned his position in the U. S. State Department in 2009, in protest, for reasons that were not only valid at the time, but have since become public knowledge that the Generals in Afghanistan were lying to each president about our success on the ground in that country, and for that, I count him as a hero.
5. I currently believe as 62% of Americans do as well (stated in a 2021 Gallup Poll) that my state, and our country needs and wants an independent 3rd party to vote for because the two major parties in America (who collude to lock out and suppress independent parties and candidates across America) have completely failed us for decades.
6. I am also interested in voting for Michael Trudeau for the North Carolina State Senate because his views and positions on each issue fully align with my beliefs, and when I see the choices offered by the two major parties, I feel left out of the election process because I do not agree with either party on the issues that matter most to our state.
7. The presence of the North Carolina Green Party as an official state party, as well as the presence of the candidates mentioned above on the North Carolina November 8, 2022 ballot will increase

voter participation, make democracy more real to so many of us, and give voters the choice they desperately want.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 21, 2022

_____