IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-276-D

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>)<br>) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | )<br>)<br>) |
| Defendants. | ) |

On July 17, 2022, the Democratic Senatorial Campaign Committee and the North Carolina Democratic Party (collectively, "the proposed intervenors") moved to intervene in this action and filed a memorandum and exhibits in support [D.E. 15, 16]. Under this court's local rules, the deadline to respond in opposition is August 8, 2022. On July 19, 2022, the proposed intervenors moved to expedite consideration of their motion to intervene [D.E. 21]. They seek an expedited briefing schedule for their motion to intervene, which plaintiffs oppose. See [D.E. 22] 2. The proposed intervenors did not provide the position of the defendants on the motion to expedite.

Under this court's local rules, "[a]ny party may file a written response to any motion." Local Civil Rule 7.1(f). Such response "shall be filed within 21 days after service of the motion in question." Local Civil Rule 7.1(f)(1). The proposed intervenors have not asked the court to alter the briefing schedule on their motion to expedite. Nonetheless, the court may "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases." Link v. Wabash R.R., 370 U.S. 626, 630–31 (1962); see Goodyear Tire & Rubber Co. v. Haeger, 137 S. Ct. 1178, 1186 (2017);

Dietz v. Bouldin, 579 U.S. 40, 45 (2016); Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991); cf. Fed. R. Civ. P. 1. Moreover, under this court's local rules, "[a] judge or magistrate judge, for good cause and in his or her discretion, may alter these rules in any particular case." Local Civil Rule 1.1. Accordingly, for good cause, any response from plaintiffs or defendants to the proposed intervenors' motion to expedite SHALL be filed not later than Thursday, July 28, 2022. No replies are permitted.

SO ORDERED. This 22 day of July, 2022.

                                                JAMES C. DEVER III
                                                United States District Judge