# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

|  |  |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER, and AARON MOHAMMED,<br><br>  *Plaintiffs,*<br><br>*vs.*<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS and DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON III, STACY EGGERS IV, TOMMY TUCKER, and KAREN BRINSON BELL, in their official capacities as members or employees of the North Carolina State Board of Elections.<br><br>  *Defendants.* | Civil Action No. 5:22-cv-276-D-BM |

## THE NATIONAL REPUBLICAN SENATORIAL COMMITTEE'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The National Republican Senatorial Committee ("NRSC") moves this Court for leave to file an *amicus curiae* brief in support of Plaintiffs' Emergency Motion for Preliminary Injunction. Doc. 28. The NRSC's proposed *amicus curiae* brief is attached to this motion as Exhibit A. Pursuant to Local Rule 7.1(e), this motion is supported by an accompanying memorandum.

As articulated in the NRSC's supporting Memorandum, the NRSC has a special interest in this matter as a political committee supporting the campaign of Tedd Budd, the Republican nominee for U.S. Senate, in the November 8, 2022 election. Additionally, the NRSC's *amicus* brief provides value to the Court by providing additional legal support and analysis in support of Plaintiffs' Motion.

The NRSC certifies that it has consulted counsel for the parties in regard to this motion. Both Plaintiffs and Defendants consent to the NRSC's participation as *amicus curiae*.

Dated: July 26, 2022                    Respectfully submitted,

/s/ *C. Bailey King Jr.*

C. Bailey King Jr., N.C. Bar No. 34043
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
Telephone: (704) 338-6027
Facsimile: (704) 332-8858
bking@bradley.com

*Local Civil Rule 83.1(d) Counsel for Proposed Amicus Curiae National Republican Senatorial Committee*

/s/ *Thomas Lee Oliver III*

Thomas Lee Oliver III, Ala. Bar No. 8256-W15L*
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 488-6041
toliver@bradley.com

*Attorney for Proposed Amicus Curiae National Republican Senatorial Committee*

*Notice of Special Appearance submitted

## CERTIFICATE OF SERVICE

I certify that on this 26th day of July 2022, I caused the foregoing document to be filed and served on all counsel of record by operation of the CM/ECF system for the United States District Court for the Eastern District of North Carolina.

/s/ C. Bailey King Jr.

C. Bailey King Jr., N.C. Bar No.  34043
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
Telephone: (704) 338-6027
Facsimile: (704) 332-8858
bking@bradley.com