IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-276-D-BM

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER and AARON MOHAMMED, <br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS and DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS IV, TOMMY TUCKER, and KAREN BRINSON BELL, in their official capacities as members or employees of the North Carolina State Board of Elections,<br><br>Defendants. | **PLAINTIFFS' NOTICE OF RELATED CASE** |

PLEASE TAKE NOTICE THAT on August 2, 2022, the North Carolina Democratic Party filed suit in the Superior Court of Wake County, North Carolina against the North Carolina State Board of Elections, its individual members, and the North Carolina Green Party. The case is captioned *North Carolina Democratic Party v. The North Carolina State Board of Elections*. The case does not appear to have been assigned a case number yet.

The Plaintiffs in the foregoing case request declaratory relief, injunctive relief and a writ of mandamus. A copy of their Complaint is attached hereto as Exhibit A. This case is related to the instant case because the Plaintiffs seek reversal of the North Carolina State Board of Elections' certification of the North Carolina Green Party as a new political party pursuant to N.C. GEN. STAT. § 163-96.

1

Dated: August 3, 2022                    Respectfully submitted,

/s/Oliver B. Hall
Oliver B. Hall
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, DC 20009
202-248-9294
oliverhall@competitivedemocracy.org
D.C. Bar No. 976463


/s/Pooyan Ordoubadi
Pooyan Ordoubadi*
Lopez-Cobb and Ordoubadi, PLLC
134 Salem Towne Court
Apex, NC 27502
Tel: (919) 695-5569
Fax: (919) 882-9797
Email: pooyan@LCOLEGAL.com
N.C. Bar No. 49438

*Counsel for Plaintiffs*

*Local Civil Rule 83.1(d) Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022 the foregoing document was filed using the Court's CM/ECF system, which will effect service upon all counsel of record.

/s/Oliver B. Hall
Oliver B. Hall

*Counsel for Plaintiffs*