IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>Defendant,<br><br>*and*<br><br>NORTH CAROLINA DEMOCRATIC PARTY; DSCC,<br><br>Intervenor-Defendants. | Case No. 5:22-cv-00276-D-BM |

**NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendants North Carolina Democratic Party and DSCC ("Intervenors") in the above-named case hereby appeal to the United States Court of Appeals for the Fourth Circuit, pursuant to 28 U.S.C. 1292(a)(1), from the Court's Order entered in this action on August 5, 2022 (ECF No. 64), including but not limited to the portions of it that (1) enjoin Defendants from enforcing the July 1 filing deadline in N.C. Gen. Stat. § 163-98 as applied to the Green Party and its candidates, (2) order Defendants to accept Green Party candidates' notice of candidacy, filing fee, and application to change party affiliation as timely filed if submitted before August 10, 2022, and (3) order Defendants to include on North Carolina's

1

November 8, 2022 general election ballot the names of Green Party candidates who comply with the terms of this order and are qualified for the office they seek.

Dated: August 8, 2022

Respectfully submitted,

/s/  Christopher D. Dodge

Narendra K. Ghosh, NC Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
Telephone: 919.942.5200
nghosh@pathlaw.com

Aria C. Branch*
Christopher D. Dodge*
Christina A. Ford**
Richard Medina*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
abranch@elias.law
cdodge@elias.law
cford@elias.law
rmedina@elias.law

*Counsel for Intervenor-Defendants North Carolina Democratic Party and DSCC.*

*\*Admitted by Special Appearance*
*\*\*Notice of Special Appearance Forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused the foregoing document to be filed and served on all counsel of record by operation of the CM/ECF system for the United States District Court for the Eastern District of North Carolina.

DATED: August 8, 2022                        */s/ Christopher D. Dodge*

3

Case 5:22-cv-00276-D-BM   Document 65   Filed 08/08/22   Page 3 of 3