# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, ANTHONY NDEGE, MICHAEL TRUDEAU, MATTHEW HOH, SAMANTHA WORRELL, SAMANTHA SPENCE, K. RYAN PARKER AND AARON MOHAMMED,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS and DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS IV, TOMMY TUCKER, and KAREN BRINSON BELL, in their official capacities as members or employees of the North Carolina State Board of Elections,<br><br>*Defendants*,<br><br>and<br><br>NORTH CAROLINA DEMOCRATIC PARTY; DSCC,<br><br>*Intervenor-Defendants*. | Case No. 5:22-CV-276-D-BM<br><br>**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

THIS MATTER coming on before the Court on motion of the Defendants the North Carolina State Board of Elections, Damon Circosta, Stella Anderson, Jeff Carmon, III, Stacy Eggers, IV, Tommy Tucker, and Karen Brinson Bell, and Intervenor-Defendants, North Carolina Democratic Party, and DSCC (collectively "Defendants"), to request a 90-day extension of the time within which to file an answer or otherwise respond to the Amended Complaint;

It appearing that Plaintiffs consent to the motion, and the Court finding that good cause exists to grant the motion;

IT IS HEREBY ORDERED that all Defendants shall answer or otherwise respond to the Complaint no later than March 7, 2023. The parties shall also jointly file a status report on February 21, 2023, to update the Court on the status of any negotiations.

**So Ordered.** This _7_ day of December, 2022.

                                                James C. Dever III
                                                United States District Judge