UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, TONY NDEGE, MATTHEW HOH, K. RYAN PARKER, SAMANTHA WORRELL, SAMANTHA SPENCE, AARON MOHAMMED, and MICHAEL TRUDEAU, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, CHAIR DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS, IV TOMMY TUCKER, and KAREN BRINSON BELL, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:22-CV-276-D-BM** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' and intervenors' motions to dismiss [D.E. 86, 88] and DISMISSES as moot plaintiffs' action.

**This Judgment Filed and Entered on August 8, 2023, and Copies To:**

| | |
|---|---|
| Oliver B. Hall | (via CM/ECF electronic notification) |
| Pooyan Ordoubadi | (via CM/ECF electronic notification) |
| Mary Carla Babb | (via CM/ECF electronic notification) |
| Terence Steed | (via CM/ECF electronic notification) |
| Aria C. Branch | (via CM/ECF electronic notification) |
| Narendra K. Ghosh | (via CM/ECF electronic notification) |
| Richard A. Medina | (via CM/ECF electronic notification) |
| Christopher D. Dodge | (via CM/ECF electronic notification) |

C. Bailey King , Jr.          (via CM/ECF electronic notification)

Thomas L. Oliver             (via CM/ECF electronic notification)

DATE:       August 8, 2023              PETER A. MOORE, JR., CLERK

                                                    (By)  /s/ Stephanie Mann
                                                    Deputy Clerk