UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA GREEN PARTY, TONY NDEGE, MATTHEW HOH, K. RYAN PARKER, SAMANTHA WORRELL, SAMANTHA SPENCE, AARON MOHAMMED, and MICHAEL TRUDEAU,<br>        Plaintiffs,<br><br>vs.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, CHAIR DAMON CIRCOSTA, STELLA ANDERSON, JEFF CARMON, STACY EGGERS, IV, TOMMY TUCKER, and KAREN BRINSON BELL,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:22-CV-276-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART Plaintiffs' motion for attorneys' fees [D.E. 97] and awards attorneys' fees in the amount of $6,525.00.

This Judgment filed and entered on April 2, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

April 2, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk